

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-19-00028-CR

## IN RE KENNETH ARDEN COBB

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

Relator's pro se petition for writ of mandamus is denied.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Petition denied
Opinion delivered and filed February 27, 2019
[OT06]

